D. Burgundy Morgan, Esq. (Bar No. 199962)
Email: burgundymorgan@aol.com
Law Offices of D. Burgundy Morgan
468 N. Camden Drive, Suite 200
Beverly Hills, CA  90210
Telephone:  (310) 858-5563
Facsimile:   (818) 713-9265

NOTE: CHANGES MADE BY THE COURT

JS-6

Attorneys for Plaintiff
Promotional Design Concepts, Inc., dba
Promotional Design Group, dba Creative Inflatables
Adam Melendez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMOTIONAL DESIGN CONCEPTS, INC. dba Promotional Design Group, dba Creative Inflatables, a California corporation, and ADAM MELENEDEZ, an individual.<br><br>           Plaintiff,<br><br>v.<br><br>ROBERT RUIZ, JR., an individual PROMOTIONAL DESIGN CONCEPTS.COM, entity status unknown, and Does 1 through 10.<br><br>           Defendants. | Case No.   CV-11-10785 JFW (RZx)<br><br>ORDER FOR ENTRY OF JUDGEMENT OF PERMANENT INJUCTION, AND PERMANDENT INJUCTION, AS AGAINST DEFENDANTS ROBERT RUIZ, JR.. and PROMOTIONAL DESIGN CONCEPTS,COM |

The within matter having come regularly before the court upon the stipulated agreement for permanent injunction by and between the Parties, and each of them, and good cause appearing therefore, the court hereby orders that judgment be

MELE-A/Ruiz

1

**ORDER OF JUDGEMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS
ROBERT RUIZ, JR. and PROMOTIONAL DESIGN CONCEPTS.COM**

entered herein as against said Defendants and that a permanent injunction be entered as against Defendants as follows:

Defendants, and each of them, including said Defendants' employees, principals, officers, directors, agents, representatives, trustees, successors, heirs and assigns, and each of them, and all those in active concert, privity, and/or participation with any of them, who shall receive actual notice of this Order, and each of there, are hereby PERMANENTLY ENJOINED from engaging in the following activities, or in any of them, to wit:

1) Directly or indirectly infringing upon or otherwise in any manner using the mark "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group" or directly or indirectly infringing upon the goodwill associated with Plaintiffs' mark, "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group."  For purposes of this injunction, "infringe," "infringing" or "infringement" shall be deemed to expressly include the commercial use, in any manner, in any media now known or hereafter created, of any name or descriptive phase used in advertisements, marketing, promotion or solicitation which uses the mark(s): "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group" or any substantially similar trade name, unless otherwise approved by Plaintiff in writing.  Defendant can use "PromotionalInflatables.com".

2) Directly or indirectly infringing upon trade dress associated with the mark, including Plaintiffs' general advertising color schemes, layout and graphics, photographs, drawings, branding and design set, which copies or emulates Plaintiffs' website, business cards, promotional flyers, or other advertising, including, but not limited to Plaintiff's graphics, color branding and design, set forth on Exhibit A;

3) Engaging in any conduct that tends to falsely represent, or which is likely to confuse, mislead or deceive customers, purchasers, vendors and/or other members of the public to believe that Defendants, or any of them, are affiliated with, approved by, endorsed by or otherwise associated with Plaintiffs;

4) Publish or communicate in any manner defamatory statements about Plaintiffs' business or about Plaintiff, Adam Melendez;

5) Diluting and/or infringing upon the trade names "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group"

6) To immediately cease sending offensive and/or insulting communications to Plaintiff, whether by telephone, text, voicemail, e-mail or otherwise, whereby Defendants, and each of them, shall communicate with Plaintiff only through counsel, or if counsel is unavailable only by way of written business correspondence;

7) Further, Defendants, including said Defendant's employees, principals, officers, directors, agents, representatives, trustees, successors, heirs, and assigns, and each of them, and all those in active concert and/or participation with any of them, are hereby ORDERED to cease use of, abandon, or deliver, in good order, to Plaintiff's counsel, D. Burgundy Morgan, Esq. 468 North Camden Drive, Suite 200, Beverly Hills, CA  90210, within ten (10) days of the date of this Order, assignments of the domain name, www.promotionaldesignconcepts.net, www.promotionaldesignconcepts.com, and any other domain name registered or obtained by Defendants that uses, in any manner, the Plaintiffs' trade names, "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group"; to immediately cease use of any website or

3

**ORDER OF JUDGEMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS
ROBERT RUIZ, JR. and PROMOTIONAL DESIGN CONCEPTS.COM**

URL that uses, in any manner, the Plaintiffs' trade names, "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group"; and to immediately cease the use of any search engine technology, search engine optimization, or other technology that uses the keywords "Promotional Design Concepts," "Creative Inflatables" or "Promotional Design Group" to divert any the "web traffic" (as that term is commonly understood) of any vendor, customer or other member of the public to Defendants website(s) instead of Plaintiffs' website.

8) Further, Defendants, including said Defendant's employees, principals, officers, directors, agents, representatives, trustees, successors, heirs, and assigns, and each of them, and all those in active concert and/or participation with any of them, are hereby ORDERED to destroy or to deliver, in good order, to Plaintiff's counsel, D. Burgundy Morgan, Esq. 468 North Camden Drive, Suite 200, Beverly Hills, CA  90210, within thirty (30) days of the date of this Order, and in no event later than thirty (30) days from receipt of actual notice of this Order, any and all materials in their possession, custody, or control, which materials come within those described by or covered in paragraphs 7 above;

9) Defendants, including said Defendant's employees, principals, officers, directors, agents, representatives, trustees, successors, heirs, and assigns, and each of them, and all those in active concert and/or participation with any of them, are hereby ORDERED to immediately cease using, and to destroy, or alternatively, deliver in good order, to Plaintiff's counsel, D. Burgundy Morgan, Esq. 468 North Camden Drive, Suite 200, Beverly Hills, CA  90210, within thirty (30) days of the date of this Order, and in no event later than thirty (30) days from receipt of actual notice of this Order, any and

all materials in their possession, custody, or control that contained any unauthorized promotional and advertising material, labels, announcements, signs, and any other unauthorized items which reproduce, copy, imitate, or bear the trade name(s) "Promotional Design Concepts" or "Creative Inflatables" or "Promotional Design Group" or any similar incarnation or derivative of that trade name;

10) Pursuant to Fed.R.Civ.P. 54(b), the court hereby makes an express determination that there is no just reason for delay, and expressly directs entry of this judgment of permanent injunction, forthwith.

STIPUTATED AND AGREED at Los Angeles, California, this 4th day of June, 2012.

IT IS SO ORDERED.

_____
Hon. John F. Walter

Date:  June 19, 2012

NOTE: CHANGES MADE BY THE COURT